IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FREDDIE DONNELL ROSS, #355092**                          **PETITIONER**

**VERSUS**                         **CIVIL ACTION NO. 1:12-cv-87-HSO-JMR**

**SHERIFF MELVIN BRISOLARA**                             **RESPONDENT**

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [15] of Chief United States Magistrate Judge John M. Roper, entered in this cause on July 24, 2012, and the Motion to Dismiss [12] filed by Respondent on May 3, 2012. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [15], Respondent's Motion [12], the record as a whole, and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 20th day of September, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE